■ GUILLERMINA HERRERA, Respondent, v NEW YORK CITY HOUSING AUTHORITY, Appellant. [669 NYS2d 808] —Order, Supreme Court, Bronx County (Kenneth Thompson, J.), entered on or about June 4, 1997, which denied defendant's

motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

There are material issues of fact as to whether defendant created or had actual or constructive notice of the alleged dangerous condition (*Meyler v First Natl. Supermarket*, 238 AD2d 278) and, if so, whether such condition caused plaintiff's injuries. Concur—Sullivan, J. P., Rosenberger, Ellerin and Tom, JJ.